IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN P. STALLER, | ) |
|        Plaintiff, | ) |
| v. | ) C.A. No. 04-1541 |
| HENRY A. LAPA, | ) |
|        Defendant. | ) |

<u>NOTICE OF DEPOSITION</u>

TO: Stephen P. Casarino, Esquire
Casarino, Christman & Shalk
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, Delaware 19899

PLEASE TAKE NOTICE that undersigned counsel will take the oral deposition of Defendant, Henry A. Lapa, on Thursday, June 2, 2005 at 2:00 p.m. in the offices of Morris, James, Hitchens & Williams, 803 North Broom Street, Wilmington, Delaware.

MORRIS, JAMES, HITCHENS & WILLIAMS

_____
Francis J. Jones, Jr. (I.D. No. 2134)
803 North Broom Street
Wilmington, Delaware 19806
Attorney for Plaintiff

Dated: 3/28/05
cc: Wilcox & Fetzer

MAM/109221-0001/1130063/1

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                                 ) SS:
NEW CASTLE COUNTY   )

BE IT REMEMBERED, on this 28th day of March, 2005, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Marie A. Masciantonio, known to me to be such, who being personally sworn, did depose and say as follows:

1. I am an employee of Morris, James, Hitchens & Williams.

2. I personally caused two copies of the attached document(s) to be served by hand:

### NOTICE OF DEPOSITION

TO:   Stephen P. Casarino, Esquire
        Casarino, Christman & Shalk
        800 North King Street, Suite 200
        P.O. Box 1276
        Wilmington, Delaware 19899

_____
Marie A. Masciantonio

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
NOTARY PUBLIC

**MADELYN M. JEFFREY**
**NOTARY PUBLIC-DELAWARE**
My commission expires Apr. 18, 2006

MAM/099999-0027/178953/1