# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

803 North Broom Street
Wilmington, Delaware 19806-4624
(302) 655-2599
Facsimile (302) 655-8831
www.morrisjames.com

Francis J. Jones, Jr.
(302) 651-3586
pjones@morrisjames.com

Mailing Address
P.O. Box 2328
Wilmington, DE 19899-2328

May 20, 2005

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

> RE:    Staller v. Lapa
> C.A. No. 04-1541

Dear Sir/Madam:

Pursuant to Your Honor's letter of May 5, 2005, enclosed is a proposed Rule 16 Scheduling Order in the above matter which has been agreed to by the parties. This Scheduling Order will be e-filed with the Court according to standard procedures.

Counsel is available if the Court has questions.

Respectfully yours,

Francis J. Jones, Jr.
(Bar I.D. No. 2134)

FJJ/mam
Enclosure
cc:    Stephen P. Casarino, Esquire
Clero, U.S. District Court