IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN P. STALLER, | : |
| | :    C.A. No. 04-1541 |
| Plaintiff, | : |
| | :    JURY TRIAL DEMANDED |
| v. | : |
| | : |
| HENRY A. LAPA, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Francis J. Jones, Jr., hereby certify that on this __22nd__ day of June, 2005, I have caused the following documents to be served by U.S. Mail Prepaid on the parties listed below:

**PLAINTIFF ALAN P. STALLER'S ANSWERS TO DEFENDANT'S INTERROGATORIES; and PLAINTIFF ALAN P. STALLER'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION.**

      Stephen P. Casarino, Esq.
      Casarino Christman & Shalk, P. A.
      800 North King Street
      Suite 200
      P. O. Box 1276
      Wilmington, DE 19899-1276

      MORRIS, JAMES, HITCHENS & WILLIAMS LLP

      /s/ Francis J. Jones, Jr..
      Francis J. Jones, Jr., (#2134)
      803 N. Broom St., P. O. Box 2328
      Wilmington, DE 19899-2328
      (302) 655-2599
      fjones@morrisjames.com
      Attorney for Plaintiff, Alan P. Staller

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using EM/ECF which will send notification of such filing to the following:

>Stephen P. Casarino, Esquire
>Casarino Christman & Shalk, P.A.
>800 North King Street
>Suite 200
>P.O. Box 1276
>Wilmington, DE  19899

>MORRIS, JAMES, HITCHENS & WILLIAMS LLP

>/s/ Francis J. Jones, Jr.
>Francis J. Jones, Jr., (#2134)
>803 N. Broom St., P. O. Box 2328
>Wilmington, DE 19899-2328
>(302) 655-2599
>fjones@morrisjames.com
>Attorney for Plaintiff, Alan P. Staller

FJJ/109221-0001/1231295/1