IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN P. STALLER, | : |
| | :     C.A. No. 04-1541 |
| Plaintiff, | : |
| | :     JURY TRIAL DEMANDED |
| v. | : |
| | : |
| HENRY A. LAPA, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Francis J. Jones, Jr., hereby certify that on this 29th day of June, 2005, I have caused the following documents to be served by U.S. Mail Prepaid on the parties listed below:

**PLAINTIFF ALAN P. STALLER'S INTERROGATORIES DIRECTED TO DEFENDANT; and PLAINTIFF ALAN P. STALLER'S REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT.**

        Stephen P. Casarino, Esq.
        Casarino Christman & Shalk, P. A.
        800 North King Street
        Suite 200
        P. O. Box 1276
        Wilmington, DE  19899-1276

        MORRIS, JAMES, HITCHENS & WILLIAMS LLP

        /s/ Francis J. Jones, Jr..
        Francis J. Jones, Jr., (#2134)
        803 N. Broom St., P. O. Box 2328
        Wilmington, DE 19899-2328
        (302) 655-2599
        fjones@morrisjames.com
        Attorney for Plaintiff, Alan P. Staller

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using EM/ECF which will send notification of such filing to the following:

> Stephen P. Casarino, Esquire
> Casarino Christman & Shalk, P.A.
> 800 North King Street
> Suite 200
> P.O. Box 1276
> Wilmington, DE  19899

> MORRIS, JAMES, HITCHENS & WILLIAMS LLP

> /s/ Francis J. Jones, Jr.
> Francis J. Jones, Jr., (#2134)
> 803 N. Broom St., P. O. Box 2328
> Wilmington, DE 19899-2328
> (302) 655-2599
> fjones@morrisjames.com
> Attorney for Plaintiff, Alan P. Staller