IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALAN P. STALLER, | ) | |
| | ) | C.A. No. 04-1541 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| HENRY A. LAPA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, STEPHEN P. CASARINO, Esq., hereby certify on the 15th day of September, 2005 that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, true and correct copies of Defendant's Answers to Plaintiff's Interrogatories addressed to:

Francis J. Jones, Jr., Esquire
Morris, James, Hitchens & Williams LLP
803 North Broom Street
Wilmington, DE  19806-4624


CASARINO, CHRISTMAN & SHALK


  /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

Dated: 9/16/05