### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN P. STALLER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-1541-JJF |
| | : |
| HENRY A. LAPA, | : |
| | : |
| Defendant. | : |

### ORDER

At Wilmington this **16th** day of **December, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, January 3, 2005 at 8:30 a.m.** with the Magistrate Judge to discuss the status of the case. **Francis I. G. Jones, Esquire shall initiate the teleconference call.**

IT IS FURTHER ORDERED that the Court has presently suspended the due dates for any submissions.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE