IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN P. STALLER, | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-1541 JJF |
| HENRY A. LAPA, | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and AGREED among the parties that the above-captioned action is dismissed with prejudice.

MORRIS, JAMES, HITCHENS
 & WILLIAMS

_____
FRANCIS J. JONES, JR., ESQUIRE
803 N. Broom Street
P.O. Box 2328
Wilmington, DE 19899
Attorney for Plaintiff

Date: 2/13/06

CASARINO, CHRISTMAN & SHALK

_____
STEPHEN P. CASARINO, ESQUIRE
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant